**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Glen Ellyn Pharmacy, Inc.
                                       Plaintiff,
v.                                                        Case No.: 1:15−cv−08927
                                                          Honorable John Robert Blakey
FDS, Inc., et al.
                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 28, 2017:

  MINUTE entry before the Honorable John Robert Blakey: Status and motion hearing held on 3/28/2017. Plaintiff's motion to designate Cy Pres Recipient [50] is granted without objection. Based upon the Final Approval Order [45] and the representation of the parties, this case is dismissed with prejudice. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.